# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 2:23-cv-04566-SSS | Date | September 13, 2023 |
|---|---|---|---|
| Title | In Re Glenroy Coachella, LLC | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) Order to Show Cause re Bankruptcy Appeal**

The Court is in receipt of an appeal in the above bankruptcy matter filed by Jacobsson Engineering Construction, Inc. ("Appellant") on June 9, 2023. [Dkt. 1]. Within fourteen (14) days after filing the notice of appeal, Appellant must file a statement of the issues on appeal and the notice re: ordering of the reporter's transcript or waiver thereof with the Clerk of the District Court. Bankruptcy Rule 8006.

Based on the Court's record, Appellant was required to file its brief on or before September 1, 2023. [Dkt. 7]. To date, Appellant has not filed its brief.

Accordingly, Appellant is ordered to show cause, in writing, on or before **September 27, 2023** why this appeal should not be dismissed for lack of prosecution. Failure to respond to this order may result in the imposition of sanctions, including dismissal of this appeal.

**IT IS SO ORDERED.**